UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ROBB, )<br>)<br>    Plaintiff )<br>)<br>  v. )<br>)<br>CARIBBEAN CRUISE LINE, )<br>)<br>    Defendant )  | Case No.: 3:15-CV-152<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

## COMPLAINT

MICHAEL ROBB ("Plaintiff"), by and through his attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against CARIBBEAN CRUISE LINE. ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331. See Mims v. Arrow Fin. Services, LLC, 132 S. Ct. 740, 747, 181 L. Ed. 2d 881 (2012).

3. Defendant conducts business in the Commonwealth of Pennsylvania and as such, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5.  Plaintiff is a natural person residing Central City, Pennsylvania 15926.

6.  Plaintiff is a "person" as that term is defined by 47 U.S.C. § 153(39).

7.  Defendant is a corporation that has its office located in Fort Lauderdale, Florida 33308.

8.  Defendant is a "person" as that term is defined by 47 U.S.C. §153(39).

9.  Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10.  Plaintiff has a cellular telephone number that he has had for more than one year.

11.  Plaintiff has only used this number as a cellular telephone number.

12.  Plaintiff never provided permission to Defendant to call his cellular telephone number or to contact him regarding any goods or services offered by Defendant.

13.  Beginning in or around September 2015 and thereafter, Defendant called Plaintiff on his cellular telephone.

14. When contacting Plaintiff, Defendant's messages would state its name and that its purpose; an offer for a discount vacation package.

15. Plaintiff informed Defendant that he was uninterested in the offer and requested all communications to his cellular number to cease.

16. Defendant ignored Plaintiff's request and continued to call thereby annoying and frustrating Plaintiff.

17. Defendant's telephone calls were not made for "emergency purposes."

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

18. Plaintiff incorporates the forgoing paragraphs as though the same were set forth at length herein.

19. Defendant's calls to Plaintiff were not made for emergency purposes.

20. Defendant's calls to Plaintiff, in and after September 2014, were not made with Plaintiff's prior express consent.

21. Defendant's acts as described above were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of harassing Plaintiff.

22. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

23. As a result of the above violations of the TCPA, Plaintiff has suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual and trebles damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, MICHAEL ROBB, respectfully prays for a judgment as follows:

    a.    All actual damages suffered pursuant to 47 U.S.C. § 227(b)(3)(A);

    b.    Statutory damages of $500.00 per violative telephone call pursuant to 47 U.S.C. § 227(b)(3)(B);

    c.    Treble damages of $1,500.00 per violative telephone call pursuant to 47 U.S.C. §227(b)(3);

    d.    Injunctive relief pursuant to 47 U.S.C. § 227(b)(3);

    e.    Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, MICHAEL ROBB, demands a jury trial in this case.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| DATED: 5/29/2015 | KIMMEL & SILVERMAN, P.C. |
|   | By: /s/ Amy Bennecoff Ginsburg |
|   | Attorney ID # 202745 |
|   | Kimmel & Silverman, P.C. |
|   | 30 E. Butler Pike |
|   | Ambler, PA 19002 |
|   | Phone: (215) 540-8888 |
|   | Fax: (877) 788-2864 |
|   | Email: aginsburg@creditlaw.com |