UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL ROBB,** | ) |
| | ) |
| Plaintiff | ) Case No.: 3:15-cv-00152-KRG |
| | ) |
| v. | ) |
| | ) |
| **CARIBBEAN CRUISE LINE,** | ) |
| | ) |
| Defendant | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: March 4, 2016

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF on the following counsel of record on this 4th day of March 2016:

RICHARD W. EPSTEIN
richard.epstein@gmlaw.com
JEFFREY A. BACKMAN
jeffrey.backman@gmlaw.com
Greenspoon Marder, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301

Bradley J. Kitlowski, Esq.
bradley.kitlowski@bipc.com
Buchanan Ingersol & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410


Dated:  March 4, 2016                    /s/ *Craig Thor Kimmel*
                                             CRAIG THOR KIMMEL, Esq.